OFFICE OF DISCIPLINARY COUNSEL *v.* RUSSO.

[Cite as Disciplinary Counsel *v.* Russo (1986),
21 Ohio St. 3d 15.]

(D.D. No. 85-24—Decided January 2, 1986.)

16

*Angelo J. Gagliardo,* disciplinary counsel, and *Mark H. Aultman,* for relator.

*Paul H. Hentemann* and *Donald J. Huffman,* for respondent.

*Per Curiam.* Having reviewed the record, findings of fact and conclusions of law of the board, this court determines that there are ample facts to justify the board's findings that Russo violated DR 6-101(A)(3); 7-101(A)(1), (2) and (3); 7-102(A)(4), (5) and (6); 9-102(A) and (B); and 1-102(A)(3), (4), (5) and (6).

Accordingly, it is the judgment of this court that Russo be permanently disbarred from the practice of law.

*Judgment accordingly.*

Celebrezze, C.J., Sweeney, Locher, Holmes, C. Brown, Douglas and Wright, JJ., concur.